No. 1338, Misc.  GUNSTON v. UNITED STATES.  Ct. Cl.
Certiorari denied.  Petitioner *pro se.*  *Solicitor General
Marshall* for the United States.

No. 1358, Misc.  HERBST v. NEW YORK.  Ct. App.
N. Y.  Certiorari denied.  *Frances Kahn* for petitioner.
*Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 597, Misc.  DAILEY v. MARYLAND.  Ct. App. Md.
Certiorari denied.  MR. JUSTICE DOUGLAS is of the opin-
ion that certiorari should be granted.  *George L. Russell,
Jr.,* for petitioner.  *Thomas B. Finan,* Attorney General
of Maryland, and *Julius A. Romano,* Assistant Attorney
General, for respondent.

No. 736, Misc.  DURONIO v. PRASSE, CORRECTIONS
COMMISSIONER.  Sup. Ct. Pa.  Certiorari denied.  MR.
JUSTICE DOUGLAS is of the opinion that certiorari should
be granted.  Petitioner *pro se.*  *Walter E. Alessandroni,*
Attorney General of Pennsylvania, and *Frank P. Lawley,
Jr.,* Deputy Attorney General, for respondent.

No. 817, Misc.  KLOIAN v. UNITED STATES.  C. A. 5th
Cir.  Motion to strike portions of the respondent's brief
and petition for writ of certiorari denied.  *Emmet J.
Bondurant II* for petitioner.  *Solicitor General Marshall,
Assistant Attorney General Vinson, Beatrice Rosenberg*
and *Sidney M. Glazer* for the United States.

No. 469, Misc.  CROWDER v. UNITED STATES, 382 U. S.
909.  Motion for leave to file petition for rehearing
denied.